**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01438-REB-CBS

RICHARD A. MAES,

    Plaintiff,

v.

20TH JUDICIAL DISTRICT,
AMY WADDLE, and
CLAIRE WALKER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Motion to Dismiss Plaintiff's Lawsuit** [#18], filed by the plaintiff on October 6, 2006.  It appears that the defendant does not or will not object. After careful review of the motion and the file, I find that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Motion to Dismiss Plaintiff's Lawsuit** [#18], filed by the plaintiff on October 6, 2006, is **GRANTED**; and

2.  That this action **IS DISMISSED WITHOUT PREJUDICE**.

Dated October 10, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                s/ Robert E. Blackburn
                                Robert E. Blackburn
                                United States District Judge